**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

|  |  |
|---|---|
| DENISE KISH,<br><br>      Plaintiff,<br><br>    v.<br><br>AMBERHEARTCLOTHING INC. and DOES 1–10,<br><br>      Defendants. | Case No.: EDCV 19-01752-CJC(SPx)<br><br>**JUDGMENT** |

This matter came before the Court on Plaintiff's motion for default judgment. (Dkt. 17.) On January 22, 2020, the Court granted Plaintiff's motion. In accordance with the Court's Order, **IT IS HEREBY ORDERED** that judgment is entered in favor of

Plaintiff in the amount of $4,526.50 for attorneys' fees and costs. Additionally, Defendant is ordered to provide accessible paths of travel inside and through the aisles of the store located at 14400 Bear Valley Road, Victorville, California in compliance with the Americans with Disabilities Act Accessibility Guidelines.

DATED: January 28, 2020

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE